IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01978-BNB

AMBER MICHELLE GARTH,

　　Plaintiff,

v.

LT. JOHN O'ROURKE

　　Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2007

GREGORY C. LANGHAM
　　　　　　　　CLERK

## ORDER OF DISMISSAL

Plaintiff Amber Michelle Garth is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. On September 13, 2007, Ms. Garth submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Subsequently on October 2, 2007, Plaintiff filed a properly certified copy of her trust fund account statement.

Magistrate Judge Boyd N. Boland entered an order on October 3, 2007, that granted the § 1915 Motion. The October 3, 2007, Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed her to pay an initial partial filing fee of $1.00 within thirty days or to show cause why she has no assets and no means by which to pay the initial fee. The October 3, 2007, Order warned Plaintiff that if she failed to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why she has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

2

Plaintiff now has failed either to pay the initial partial filing fee within the time allowed, as designated in the October 3, 2007, Order, or to communicate with the Court in any way. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for Plaintiff's failure to pay an initial partial filing fee of $1.00 within thirty days or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 12 day of Nov., 2007.

BY THE COURT:

*Zita Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01978-BNB

Amber M. Garth
Prisoner No. 129034
DWCF
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11\13\07

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk